*E-filed: September 19, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA MOORE, | No. C12-02911 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT, and DOES 1-100, inclusive, | [Re: Docket No. 15] |
| Defendants. | |

Having considered counsel for plaintiff's request to appear by telephone at the case management conference set for October 2, 2012 at 1:30 p.m., the court grants the request. Counsel for plaintiff shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: September 19, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-02911 HRL Notice will be electronically mailed to:**

Denise Marieiro Cardoso: denise@johnfmartinlaw.com, dcardoso76@gmail.com

Erik Paul Khoobyarian: epk@hopkinscarley.com, pvoight@hopkinscarley.com

John Francis Martin: john@johnfmartinlaw.com

Richard Mark Noack: rnoack@hopkinscarley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**