91132

MARK E. DAVIS—BAR NO. 79936
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendant
MOUNTAIN VIEW WHISMAN SCHOOL
DISTRICT

*E-FILED: January 22, 2013*

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW WHISMAN<br>SCHOOL DISTRICT, and DOES 1-100,<br>inclusive,<br><br>    Defendants. | No. CV12-02911 HRL<br><br>**SUBSTITUTION OF ATTORNEY** |

MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT, defendant, hereby substitutes Mark E. Davis, Bar No. 79936, of Davis & Young, APLC, 1960 The Alameda, Suite 210, San Jose, California, 95126-1493, who is retained counsel, as attorney of record in the place and stead of Hopkins & Carley.

DATED: 11/14/2012

MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT

_____
Craig Goldman, Superintendent

-1-

Substitution of Attorney
{91132/00178887-1}

91132

1  I hereby consent to the above substitution.

2  DATED: 11/16/12

                                              HOPKINS & CARLEY

                                              By _____
                                                   ERIK P. KHOOBYARIAN

7  I hereby accept the above substitution.

8  DATED: 11-18-12

                                              DAVIS & YOUNG, APLC

                                              By _____
                                                   MARK E. DAVIS

## ORDER

Substitution of Attorney is hereby approved.

DATED: January 22, 2013

                                              _____
                                              HOWARD R. LLOYD
                                              UNITED STATES ~~DISTRICT~~
                                              MAGISTRATE JUDGE

-2-

Substitution of Attorney
{91132/00178887-1}