91132

MARK E. DAVIS—BAR NO. 79936
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendant
MOUNTAIN VIEW WHISMAN SCHOOL
DISTRICT

*E-FILED: January 22, 2013*

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHRISTINA MOORE, | No. CV12-02911 HRL |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT, and DOES 1-100, inclusive, | |
| Defendants. | |

MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT, defendant, hereby substitutes Mark E. Davis, Bar No. 79936, of Davis & Young, APLC, 1960 The Alameda, Suite 210, San Jose, California, 95126-1493, who is retained counsel, as attorney of record in the place and stead of Hopkins & Carley.

DATED: 11/14/2012

MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT

Craig Goldman, Superintendent

Substitution of Attorney
{91132/00178887-1}

-1-

91132

I hereby consent to the above substitution.

DATED: 11/16/12

HOPKINS & CARLEY

By _____
ERIK P. KHOOBYARIAN

I hereby accept the above substitution.

DATED: 11-18-12

DAVIS & YOUNG, APLC

By _____
MARK E. DAVIS

ORDER

Substitution of Attorney is hereby approved.

DATED: January 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES ~~DISTRICT~~
MAGISTRATE JUDGE

-2-

Substitution of Attorney
{91132/00178887-1}